**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dean A. LAMBEY, Defendant– Appellant.**

**No. 00–7119.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 22, 2001.

Dean A. Lambey, pro se. Stephen Wiley Miller, Office of the United States Attorney, Richmond, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Dean A. Lambey seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lambey,* Nos. CR–89–80; CA–97–290 (E.D.Va. May 18, 2000). In addition, we deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*